# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE MEDTRONIC, INC. SPRINT FIDELIS LEADS PRODUCTS LIABILITY LITIGATION | MDL NO. 08-1905 (RHK/JSM) |
| | **ORDER GRANTING PLAINTIFFS' LEAD COUNSEL'S MOTION TO DISMISS** |
| This documents relates to: **Tenbrook v. Medtronic, Inc.** **09-cv-00295** | |

Upon consideration of Plaintiffs' Lead Counsel's Motion to Dismiss (Doc. No. 32), and based on the files, records and pleadings herein, **IT IS ORDERED** that the Motion is **GRANTED**, and pursuant to the Master Settlement Agreement and Federal Rule of Civil Procedure Rule 41(a), the action styled Tenbrook v. Medtronic, Inc., Civil Action No. 09-cv-00295, is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 17, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
